IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.	CRIMINAL NO.  3:07cr160DPJ-JCS

KELVIN THOMAS

## ORDER OF DISMISSAL
## COUNT 2

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against the defendant, KELVIN THOMAS, without prejudice.

DUNN LAMPTON
United States Attorney

Date:   July 31, 2008	By:   s/ Erin O. Chalk
	Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

**SO ORDERED AND ADJUDGED** this the 31th day of July, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE